20-2725-cv
*Dark Storm Industries, LLC v. Hochul*

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-one.

PRESENT:  JON O. NEWMAN,
          JOSÉ A. CABRANES,
          RICHARD C. WESLEY,
                    *Circuit Judges.*

---

DARK STORM INDUSTRIES LLC, BRIAN DOHERTY, AND KEVIN SCHMUCKER,

    *Plaintiffs-Appellants,*      20-2725-cv

    v.

KATHY C. HOCHUL, *in her official capacity as Governor of the State of New York*, EMPIRE STATE DEVELOPMENT CORP., AND ELIZABETH RUTH FINE,

    *Defendants-Appellees.*

---

**FOR PLAINTIFFS-APPELLANTS:**   JAMES M. MALONEY, Law Office of James M. Maloney, Port Washington, NY.

**FOR DEFENDANTS-APPELLEES:**   DUSTIN J. BROCKNER, Assistant Solicitor General, *for* Letitia James, Attorney General, State of New York, Albany, NY.

Appeal from an order of the United States District Court for the Northern District of New York (Lawrence E. Kahn, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal is **DISMISSED** as moot, and the cause is **REMANDED** to the District Court with instructions to vacate judgment and to dismiss the claims of Plaintiffs-Appellants as moot.

Dark Storm Industries LLC ("Dark Storm"), Brian Doherty, and Kevin Schumucker (together, "Plaintiffs") seek declaratory and injunctive relief from two March 2020 COVID-19 executive orders that barred Dark Storm from selling firearms to civilians. The District Court entered summary judgment for Defendants-Appellees ("Defendants") on the merits of Plaintiffs' Second Amendment claim.[1] The District Court rejected Defendants' mootness argument, reasoning that even though Dark Storm had been permitted to reopen, Defendants did not meet their burden to show no reasonable expectation that the restriction would recur. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"A case becomes moot—and therefore no longer a 'Case' or 'Controversy' for purposes of Article III—when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (some internal quotation marks omitted). "The voluntary cessation of allegedly illegal activities will usually render a case moot if the defendant can demonstrate that (1) there is no reasonable expectation that the alleged violation will recur and (2) interim relief or events have completely and irrevocably eradicated the effects of the alleged violation." *Mhany Mgmt., Inc. v. County of Nassau*, 819 F.3d 581, 603 (2d Cir. 2016) (citation omitted). A defendant satisfies its burden where it shows that the possibility of recurrence is merely "speculative." *Lillbask ex rel. Mauclaire v. State of Conn. Dep't of Educ.*, 397 F.3d 77, 88 (2d Cir. 2005).

We find that Defendants have met their burden. Plaintiffs challenge components of Executive Orders 202.6 and 202.8, which were based on the Governor's prior declaration of a disaster emergency. N.Y. Exec. Order 202.6 (Mar. 18, 2020); N.Y. Exec. Order 202.8 (March 20, 2020). On June 24, 2021, the Governor rescinded this emergency declaration. N.Y. Exec. Order 210 (June 24, 2021). Also in June, the Governor announced that all state COVID-19 restrictions were lifted after 70% of New York residents 18 and older received at least one vaccine dose.[2] The

---

[1] The District Court dismissed Plaintiffs' remaining claims as abandoned. Plaintiffs do not challenge this ruling on appeal.

[2] Press Release, *Governor Cuomo Announces COVID-19 Restrictions Lifted as 70% of Adult New Yorkers Have Received First Dose of COVID-19 Vaccine* (June 15, 2021),

New York legislature has curtailed the Governor's authority to issue new COVID-related directives. *See* 2021 N.Y. Sess. Laws ch. 71 § 4. Plaintiffs concede that this change was not "a strategic litigation ploy." *E.I. Dupont de Nemours & Co. v. Invista B.V.*, 473 F.3d 44, 47 (2d Cir. 2006). They argue instead that the COVID-19 pandemic is a "*sui generis* worldwide situation" that has created "a state of extreme flux" and "almost certainly will require . . . varying responses by state executive branches." Letter Br. 2. However, "[p]articularly in view of the mitigation measures that have become available to combat the spread of COVID-19, and the providential infrequency of pandemics," the risk that restrictions on firearm retailers will recur is only "speculative." *Conn. Citizens Def. League, Inc. v. Lamont*, 6 F.4th 439, 446 (2d Cir. 2021). Thus, Plaintiffs do not "remain under a constant threat" of retail restrictions. *Tandon v. Newsom*, 141 S. Ct. 1294, 1297 (2021) (citation omitted). Nor do "recent . . . developments suggest that they [may] recur," *Fed. Defs. of N.Y., Inc. v. Fed. Bureau of Prisons*, 954 F.3d 118, 127 (2d Cir. 2020)—in fact, quite the opposite, as a recent increase in COVID-19 cases has prompted neither a renewed disaster emergency declaration nor an order closing businesses.

## CONCLUSION

We have reviewed all of the arguments raised by Plaintiffs-Appellants on appeal and find them to be without merit. For the foregoing reasons, we **DISMISS** the appeal as moot, and we **REMAND** the cause to the District Court with instructions to vacate judgment and to dismiss the claims of Plaintiffs-Appellants as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

---

https://www.governor.ny.gov/news/governor-cuomo-announces-covid-19-restrictions-lifted-70-adult-new-yorkers-have-received-first.